# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

MARTIN EDWARD ZALE,

        Defendant-Appellant.

UNPUBLISHED
March 21, 2017

No. 328001
Livingston Circuit Court
LC No. 14-022392-FC

Before: BECKERING, P.J., and O'CONNELL and BORRELLO, JJ.

BORRELLO, J. (*concurring*).

        I concur in result only.

                                /s/ Stephen L. Borrello

-1-